# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**In Re:**

**Coleman, Jr., & Margaret Lucille Vasser,**   **Case No. 18-11838**
                                                **Chapter 13**
**Debtor(s).**

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS (Dkt. 27)

Come(s) now the debtor(s), by and through counsel, and hereby files this response to the Trustee's motion to dismiss this Chapter 13 Case. In support thereof, Debtor would show onto the Court that they will bring the payments current prior to the hearing date.

WHEREFORE, Debtor prays that they be allowed to continue with this case, and that the Trustee's motion to dismiss be denied.

Respectfully submitted,

/s/ Jimmy E. McElroy    #2540
Attorney for Debtor(s)
3780 S. Mendenhall
Memphis, TN  38115
(901) 363-7283

Certificate of Service

The undersigned certifies that the above response was mailed VIA United State Postal Service or electronically noticed to all parties listed below on September 14, 2018.

/s/ Jimmy E McElroy

Coleman & Margaret Vasser, P.O. Box 5536, Holly Springs, MS 38634
Chapter 13 Trustee - sbeasley@barkley13.com
US Trustee - USTPRegion05.AB.ECF@usdoj.gov